[No. 29941-7-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD L.
JORGENSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-02658-7, James A. Noe, J., entered January
15, 1992. *Affirmed* by unpublished opinion per Baker, J.,
concurred in by Kennedy and Agid, JJ.

[No. 30033-4-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY
LAMONT HAMPTON, ET AL, *Defendants*, GERARD CALVIN
LEAKE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03386-9, Robert E. Dixon, J., entered Janu-
ary 27, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 30403-8-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
ERIC L. MCBEE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-00790-6, James A. Noe, J., entered April 1,
1992. *Reversed* by unpublished per curiam opinion.

[No. 30224-8-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
PORTILLO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-04992-7, Lloyd W. Bever, J., entered Febru-
ary 4, 1992. *Affirmed* by unpublished per curiam opinion.